**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7040**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PATRICK LEWIS RUDD, a/k/a One-Eyed Louie,
a/k/a Louie,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, Senior
District Judge. (7:97-cr-00063-H-3)

Submitted: October 17, 2006          Decided: October 20, 2006

Before NIEMEYER, KING and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patrick Lewis Rudd, Appellant Pro Se. J. Frank Bradsher, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patrick Lewis Rudd appeals the district court's order denying his motion for reconsideration of the denial of his motion to reinstate the appeal period. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Rudd</u>, No. 7:97-cr-00063-H-3 (E.D.N.C. filed May 13, 2006; entered May 19, 2006 & filed May 15, 2006; entered May 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>